Jeremy P. Blumenfeld (N.J. ID No. 015882000)
Brian T. Ortelere (to be admitted *pro hac vice*)
Eleanor R. Farrell (N.J. ID No. 027012011)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103-2921
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
jeremy.blumenfeld@morganlewis.com
brian.ortelere@morganlewis.com
eleanor.farrell@morganlewis.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **HEATHER JANDA HAY,** individually and on behalf of the **GUCCI AMERICA, INC. RETIREMENT AND SAVINGS PLAN n/k/a KERING AMERICAS, INC. RETIREMENT AND SAVINGS PLAN,**<br><br>**Plaintiff,**<br><br>v.<br><br>**GUCCI AMERICA, INC., BENEFIT PLANS COMMITTEE GUCCI AMERICA, INC. n/k/a BENEFIT PLANS COMMITTEE KERING AMERICAS, INC., KERING AMERICAS, INC., and DOES NO. 1-10, whose names are currently unknown,**<br><br>**Defendants.** | No. 2:17-cv-07148(CCC/CLW)<br><br>*Civil Action*<br><br>**NOTICE OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Return Date: Jan. 16, 2018<br><br>Oral Argument Requested<br><br>*Electronically Filed* |

**TO:** James C. Shah
Shepherd, Finkelman, Miller & Shah, LLP
475 White Horse Pike
Collingswood, NJ 08107-1909

**COUNSEL:**

**PLEASE TAKE NOTICE** that on January 16, 2018, at 9:00 a.m., or as soon thereafter as counsel may be heard, Defendants Gucci America, Inc., Benefit Plans Committee Gucci America, Inc. n/k/a Benefit Plans Committee Kering Americas, Inc., Kering Americas, Inc. and Does 1-10 ("Defendants") will move before the Honorable Claire C. Cecchi, U.S.D.J., of this Court located at 50 Walnut St., Newark, NJ 07102, for an Order dismissing Plaintiff's claims with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, Defendants shall rely on the accompanying Memorandum of Law and the exhibits attached to the Declaration of Jeremy P. Blumenfeld.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Local Rule 7.1(e)(1), a proposed order is submitted herewith.

        Respectfully submitted,

        MORGAN, LEWIS & BOCKIUS LLP

        /s/ Jeremy P. Blumenfeld
        Jeremy P. Blumenfeld (N.J. ID No. 015882000)
        Brian T. Ortelere (to be admitted *pro hac vice*)
        Eleanor R. Farrell (N.J. ID No. 027012011)
        1701 Market Street
        Philadelphia, PA 19103
        Phone: (215) 963-5000
        Fax: (215) 963-5001
        jeremy.blumenfeld@morganlewis.com
        brian.ortelere@morganlewis.com
        eleanor.farrell@morganlewis.com

        *Attorneys for Defendants*

Dated:  December 11, 2017

## CERTIFICATE OF SERVICE

I, Jeremy P. Blumenfeld, hereby certify that on the 11th day of December, 2017, I filed the foregoing Defendants' Notice of Motion to Dismiss Plaintiff's Complaint with Memorandum of Law and exhibits using the Court's CM/ECF system, which caused copies of the same to be served via CM/ECF upon the following:

James C. Shah<br>
Shepherd, Finkelman, Miller & Shah, LLP<br>
475 White Horse Pike<br>
Collingswood, NJ 08107-1909

/s/ Jeremy P. Blumenfeld
Jeremy P. Blumenfeld