James C. Shah
Shepherd Finkelman Miller
& Shah, LLP
475 White Horse Pike
Collingswood, NJ 08107
Telephone: (856) 526-1100
Facsimile: (866) 300-7367
Email: jshah@sfmslaw.com
*Attorney for Plaintiff and the Class*
[Additional Counsel Listed on Signature Page]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| HEATHER JANDA HAY, Individually And On Behalf of the GUCCI AMERICA, INC. RETIREMENT AND SAVINGS PLAN n/k/a KERING AMERICAS, INC. RETIREMENT AND SAVINGS PLAN, | : : : : : : | Civil Action No: 2:17-cv-07148 (CCC/CLW) *Civil Action* |
| Plaintiff, | : : | |
| v. GUCCI AMERICA, INC., BENEFIT PLANS COMMITTEE GUCCI AMERICA INC., n/k/a BENEFIT PLANS COMMITTEE KERING AMERICAS, INC., KERING AMERICAS, INC. and DOES NO. 1-10, Whose Names Are Currently Unknown, | : : : : : : : : : | Return Date: July 15, 2019 |
| Defendants. | : : : | *Electronically Filed* |

### NOTICE OF UNOPPOSED MOTION FOR CERTIFICATION OF SETTLEMENT CLASS, PRELIMINARY APPROVAL OF SETTLEMENT AND APPROVAL OF CLASS NOTICE

**TO COUNSEL FOR DEFENDANTS:**

**PLEASE TAKE NOTICE** that on July 15, 2019, at 9:00 a.m., or as soon thereafter as counsel may be heard, Plaintiff will move before the Honorable Claire C. Cechhi, U.S.D.J. of the United States District Court for the District of New Jersey, Martin Luther King Jr. Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, in Courtroom 5B, for an order certifying a settlement class, preliminarily approving the settlement of this action and approving the proposed class notice.

**PLEASE TAKE FURTHER NOTICE** that in support of her Motion, Plaintiff shall rely upon the Brief in Support of Unopposed Motion for Certification of Settlement Class, Preliminary Approval of Settlement and Approval of Class Notice and the Declaration of James C. Shah filed herewith.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with L.Civ.R. 7.1(e)(1), a proposed form of Order accompanies this Notice of Motion.

Dated: June 21, 2019                                    Respectfully submitted,

                                        By:    /s/James C. Shah
                                               James C. Shah
                                               SHEPHERD, FINKELMAN, MILLER
                                                 & SHAH, LLP
                                               475 White Horse Pike
                                               Collingswood, NJ 08107
                                               Telephone: 856-858-1770
                                               Facsimile: 866-300-7367
                                               Email: jshah@sfmslaw.com

                                               James E. Miller
                                               Laurie Rubinow
                                               Shepherd Finkelman Miller & Shah, LLP

2

        65 Main Street
        Chester, CT 06412
        Telephone: (860) 526-1100
        Facsimile: (866) 300-7367
        Email: jmiller@sfmslaw.com
              lrubinow@sfmslaw.com

Sahag Majarian
Law Offices of Sahag Majarian
18250 Ventura Blvd.
Tarzana, CA 91356
Telephone: (818) 609-0807
Facsimile: (818) 609-0892
Email: sahagii@aol.com

*Attorneys for Plaintiff and the Class*