James C. Shah
Shepherd Finkelman Miller
 & Shah, LLP
475 White Horse Pike
Collingswood, NJ 08107
Telephone: (856) 526-1100
Facsimile: (866) 300-7367
Email: jshah@sfmslaw.com

*Attorney for Plaintiff and the Class*

[Additional Counsel Listed on Signature Page]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HEATHER JANDA HAY, individually and on behalf of the GUCCI AMERICA, INC. RETIREMENT AND SAVINGS PLAN n/k/a KERING AMERICAS, INC. RETIREMENT AND SAVINGS PLAN AND ALL OTHER PLAN PARTICIPANTS, | No. 2:17-cv-07148 (CCC/CLW) *Civil Action* **NOTICE OF CLASS COUNSEL'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, AWARD OF ATTORNEYS' FEES AND EXPENSES, AND SERVICE AWARD** |
| Plaintiff, | |
| v. | |
| GUCCI AMERICA, INC., BENEFIT PLANS COMMITTEE GUCCI AMERICA, INC. n/k/a BENEFIT PLANS COMMITTEE KERING AMERICAS, INC., KERING AMERICAS, INC., and DOES NOS. 1-10, whose names are currently unknown, | |
| Defendants. | |

**TO COUNSEL FOR DEFENDANTS:**

**PLEASE TAKE NOTICE** that on December 5, 2019, at 10:30 a.m., pursuant to this Court's July 11, 2019 Order (ECF 44), Class Counsel will move before the Honorable Claire C. Cecchi, U.S.D.J., of this Court located at Martin Luther King Jr. Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for an order granting the Unopposed Motion for Final Approval of Class Action Settlement, Award of Attorneys' Fees and Expenses, and Service Award ("Motion").

**PLEASE TAKE FURTHER NOTICE** that Class Counsel will rely upon the accompanying Memorandum of Law and the Declaration of James C. Shah, and Exhibits attached thereto, in support of this Motion.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with L.Civ.R. 7.1(e)(1), a proposed form of Final Approval Order and Judgement accompanies this Motion.

Dated: November 14, 2019                    Respectfully submitted,

                                            SHEPHERD, FINKELMAN, MILLER
                                            & SHAH, LLP

                                            */s/ James C. Shah*
                                            James C. Shah
                                            475 White Horse Pike
                                            Collingswood, NJ 08107
                                            Telephone: (856) 526-1100
                                            Facsimile: (866) 300-7367
                                            Email: jshah@sfmslaw.com

2

James E. Miller
Laurie Rubinow
Shepherd Finkelman Miller & Shah, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (866) 300-7367
Email: jmiller@sfmslaw.com
          lrubinow@sfmslaw.com

Sahag Majarian
Law Offices of Sahag Majarian
18250 Ventura Blvd.
Tarzana, CA 91356
Telephone: (818) 609-0807
Facsimile: (818) 609-0892
Email: sahagii@aol.com

*Attorneys for Plaintiff and the Class*

## <u>CERTIFICATE OF SERVICE</u>

I, James C. Shah, HEREBY CERTIFY that on November 14, 2019, I caused the

foregoing to be filed with the Clerk of Court using the CM/ECF filing system and, by so doing,

served all counsel of record electronically.

*/s/ James C. Shah*